COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Javier Abad Ramirez v. The State of Texas

Appellate case number:      01-15-00340-CR

Trial court case number:    1264200

Trial court:                176th District Court of Harris County, Texas

Appellant's court-appointed counsel filed a motion to withdraw along with a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant has filed a *pro se* "Motion for Appointment of Counsel" asking this Court to appoint counsel to present appellant's brief in response to his counsel *Anders* brief. We deny the motion.

Appellant's appointed counsel remains as counsel for appellant until the appeal is exhausted or counsel is permitted to withdraw. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04(j) (West Supp. 2015); *Buntion v. Harmon*, 827 S.W.2d 945, 949 (Tex. Crim. App. 1992) (noting indigent defendant does not have right to counsel of his own choosing); *see also Stelbacky v. State*, 22 S.W.3d 583 (Tex. App.—Amarillo 2000, no pet.) (stating purpose of *pro se* response to counsel's *Anders* brief is to raise points indigent appellant chooses to bring to court's attention and assist court in determining whether there are any matters arguable on merits). Accordingly we **deny** appellant's motion.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Date: July 21, 2016